```
MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, Bar No. 167223
John D. Hayashi, Bar No. 211077
Matthew M. Arnold, Bar No. 341862
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:   +1.714.830.0700
barbara.miller@morganlewis.com
john.hayashi@morganlewis.com
matthew.arnold@morganlewis.com
```

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPANGA JACKSON, an individual; CONNER WARD, an individual; MAUSA ZAMANI, an individual; DAVID STARK, an individual; ARTURO CONCHAS, an individual; ETHAN SHIN, an individual; DAMIAM ARTEAGA, an individual; LARRY SNIDER, an individual; WILLIAM MARKWOOD, an individual; CAMERON FORTUNE-MORTON, an individual; JOHN BAKER, an individual; CASEY HAROLD, an individual; HAYLEY KINGABY, an individual; ALEXIS PRADO, an individual; ADONIS FELIX, an individual; STEVEN WILLIAMSON, an individual; DALLAS HOVDE, an individual; CHANCE SMITH JR., an individual; LUPE RAMIREZ, an individual; JONATHAN MYERS, an individual; JOHN HOTTON, an individual; GILBERT GOMEZ, an individual; ALISSA CARREIRO, an individual; STACEY ELIAS, an individual; SARA GAVES, an individual; TEMPLE HUNG, an individual; SAVANNAH KOLB, an individual; STEVEN PEREZ, an individual; EVERETT SENA, an individual; IVY PETERSON, an individual; LUCY MUNTEANU, an individual; JASMINE PULLMAN, an individual; FELIPE AMAYA, an | Case No. 2:22-cv-01833<br><br>**DECLARATION OF BARBARA J. MILLER IN SUPPORT OF DEFENDANT HOME DEPOT U.S.A., INC.'S NOTICE OF REMOVAL**<br><br>[Notice of Removal, Declaration of Anne Budniewski, Notice of Interested Parties, Notice of Related Cases, and Civil Cover Sheet filed concurrently]<br><br>*(Orange County Superior Court Case No. 30-2022-01241751-CU-OE-CXC)* |

individual; SABRINA GORDON, an individual; ANNETTE ROMO, an individual; BRANDALYN KEKIC, an individual; RICHARD VASQUEZ, an individual; ENRIQUE DE LA RIVA, an individual; CODY HANSEN, an individual; DEVIN REYES, an individual; JOHN VAZQUEZ, an individual; REINA PARTIDA, an individual; SEAN JOYNER, an individual; JAMES GODOY, an individual; GABRIELA BANUELOS, an individual; MIKE MAGDALENO, an individual; MARTIN HERNANDEZ, an individual; CLAUDIA ESQUIVEL, an individual; NATHAN BALLENGER, an individual; DONTE ROBY, an individual; JOHANNA APODACA, an individual; KATELYN USTACH, an individual; SYMIRIA HARRIS, an individual; FERNANDO CALDERON, an individual; BRANDON PARRA, an individual; CHRISTIAN MURPHY, an individual; JOSE CERVANTES, an individual; BILL HAMMOND, an individual,

    Plaintiffs,

  vs.

HOME DEPOT U.S.A., INC., a Delaware corporation, and DOES 1-50, inclusive,

    Defendants.

# DECLARATION OF BARBARA J. MILLER

I, Barbara J. Miller, certify and declare as follows:

1. I am an attorney at law in the law firm of Morgan, Lewis & Bockius LLP, attorneys of record for defendant Home Depot U.S.A., Inc. ("Home Depot") in this action. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently under oath thereto. I submit this declaration in support of defendant's Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332(a), 1367(a), 1441, and 1446.

2. On August 20, 2021, Plaintiffs Topanga Jackson and Conner Ward each issued settlement demands exceeding $75,000 to resolve their individual claims.

3. On January 19, 2022, the above referenced action was filed and is currently pending against Home Depot in the Superior Court of California, County of Orange, Case No. 30-2022-01241751-CU-OE-CXC. A true and correct copy of the Complaint filed January 19, 2022, is attached as **Exhibit A**. Home Depot accepted service of the Complaint via Notice and Acknowledgement of Receipt of Summons and Complaint on February 16, 2022. A true and correct copy of the Complaint via Notice and Acknowledgement of Receipt of Summons and Complaint is attached as **Exhibit B**.

4. On February 10, 2022, Plaintiffs filed Requests for Dismissal of Plaintiffs Stacey Elias and Bill Hammond. True and correct copies of Plaintiffs' Requests for Dismissal are attached as **Exhibit C**

5. On March 17, 2022, Home Depot filed its Answer to the Complaint in the Orange County Superior Court. A true and correct copy of Home Depot's Answer is attached as **Exhibit D**. A true and correct copy of the Superior Court's related filings are attached as **Exhibit E**.

6. These are all of the process, pleadings, or orders that have been served upon defendant, or that defendant was able to obtain from the Superior Court docket for Case No. 30-2022-01241751-CU-OE-CXC.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 18th day of March 2021, in Costa Mesa, California.

By _____
Barbara J. Miller

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 42858019.1

4

DECLARATION OF BARBARA J. MILLER ISO NOTICE OF REMOVAL