# EXHIBIT C

EXHIBIT C - PAGE 51

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Jacob N. Whitehead (SBN 266123), Meghan N. Higday (SBN 334626) | |
| FIRM NAME: SW Employment Law, APC | |
| STREET ADDRESS: 7700 Irvine Center Drive, Suite 930 | |
| CITY: Irvine    STATE: CA    ZIP CODE: 92618 | |
| TELEPHONE NO.: (949) 674-4922    FAX NO.: | |
| E-MAIL ADDRESS: mhigday@swemploymentlaw.com | |
| ATTORNEY FOR (Name): Plaintiff(s) Topanga Jackson, et al. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 751 W. Santa Ana Boulevard
MAILING ADDRESS: 751 W. Santa Ana Boulevard
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

Plaintiff/Petitioner: Topanga Jackson, et al.
Defendant/Respondent: Home Depot U.S.A., Inc., a Delaware corporation

**REQUEST FOR DISMISSAL**

CASE NUMBER: 30-2022-01241751-CU-OE-CXC

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice  (2) [X] Without prejudice
   b. (1) [ ] Complaint  (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):          on (date):
      (4) [ ] Cross-complaint filed by (name):          on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other (specify):* Plaintiff, Stacey Elias, Without prejudice

2. (Complete in all cases except family law cases.)
   The court [X] did  [ ] did not  waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: February 10, 2022

Meghan N. Higday
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

*(Signature)* Meghan Higday

Attorney or party without attorney for:
[X] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross Complainant

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date: February 10, 2022

Meghan N. Higday
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

*(Signature)* Meghan Higday

Attorney or party without attorney for:
[X] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross Complainant

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

(To be completed by clerk)

4. [ ] Dismissal entered as requested on (date):
5. [ ] Dismissal entered on (date):          as to only (name):
6. [ ] Dismissal **not entered** as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date):
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to be conformed   [ ] means to return conformed copy

Date:          Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.; Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

EXHIBIT C - PAGE 52

**CIV-110**

| Plaintiff/Petitioner: Topanga Jackson, et al.<br>Defendant/Respondent: Home Depot U.S.A., Inc., a Delaware corporation | CASE NUMBER:<br>30-2022-01241751-CU-OE-CXC |
|---|---|

> **COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**
> If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one)*:   Yes   No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

_____         _____
(TYPE OR PRINT NAME OF  ☐ ATTORNEY  ☐ PARTY MAKING DECLARATION)                    (SIGNATURE)

SW EMPLOYMENT LAW, APC
Jacob N. Whitehead, Esq. SBN 266123
reception@jnwpc.com
Meghan N. Higday, Esq. SBN 334626
mhigday@swemploymentlaw.com
7700 Irvine Center Drive, Suite 930
Irvine, CA  92618
Tel. (949) 674-4922

Attorneys for Plaintiffs

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF ORANGE

| | |
|---|---|
| TOPANGA JACKSON, an individual; CONNER WARD, an individual; MAUSA ZAMANI, an individual; DAVID STARK, an individual; ARTURO CONCHAS, an individual; ETHAN SHIN, an individual; DAMIAM ARTEAGA, an individual; LARRY SNIDER, an individual; WILLIAM MARKWOOD, an individual; CAMERON FORTUNE-MORTON, an individual; JOHN BAKER, an individual; CASEY HAROLD, an individual; HAYLEY KINGABY, an individual; ALEXIS PRADO, an individual; ADONIS FELIX, an individual; STEVEN WILLIAMSON, an individual; DALLAS HOVDE, an individual; CHANCE SMITH JR., an individual; LUPE RAMIREZ, an individual; JONATHAN MYERS, an individual; JOHN HOTTON, an individual; GILBERT GOMEZ, an individual; ALISSA CARREIRO, an individual; STACEY ELIAS, an individual; SARA GAVES, an individual; TEMPLE HUNG, an individual; SAVANNAH KOLB, an individual; STEVEN PEREZ, an individual; EVERETT SENA, an individual; IVY PETERSON, an individual; LUCY MUNTEANU, an individual; JASMINE PULLMAN, an individual; FELIPE AMAYA, an individual; SABRINA GORDON, an individual; ANNETTE ROMO, an individual; BRANDALYN KEKIC, an individual; RICHARD VASQUEZ, an individual; ENRIQUE DE LA RIVA, an individual; CODY HANSEN, an individual; DEVIN REYES, an individual; JOHN VAZQUEZ, an individual; | Case No.: 30-2022-01241751-CU-OE-CXC<br><br>*Assigned for all purposed to Honorable Judge Peter Wilson in Dept. CX-102*<br><br>**PROOF OF SERVICE** |

1

| | |
|---|---|
| REINA PARTIDA, an individual; SEAN JOYNER, an individual; JAMES GODOY, an individual; GABRIELA BANUELOS, an individual; MIKE MAGDALENO, an individual; MARTIN HERNANDEZ, an individual; CLAUDIA ESQUIVEL, an individual; NATHAN BALLENGER, an individual; DONTE ROBY, an individual; JOHANNA APODACA, an individual; KATELYN USTACH, an individual; SYMIRIA HARRIS, an individual; FERNANDO CALDERON, an individual; BRANDON PARRA, an individual; CHRISTIAN MURPHY, an individual; JOSE CERVANTES, an individual; BILL HAMMOND, an individual;<br><br>   Plaintiffs,<br><br> v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE
*Topanga Jackson, et al. v. Home Depot U.S.A., Inc.*
CASE NO. 30-2022-01241751-CU-OE-CXC

I am employed in the County of Orange, State of California. I am over the age of eighteen years and am not a party to the within action. My business address is **7700 Irvine Center Drive, Suite 930, Irvine, CA, 92618**.

On February 10, 2022, I served true copies of the following document(s): **REQUEST FOR DISMISSAL OF PLAINTIFF STACEY ELIAS** on the interested parties in this action, addressed as follows:

-See Attached Service List-

( )   **(BY U.S. MAIL)** I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings, and notices for mailing with the United States Postal Service. I placed a true copy of the above-mentioned document(s) in a sealed envelope to the addressee(s) set forth in the attached service list, with sufficient first-class postage thereon pre-paid. The foregoing sealed envelope was placed for collection and mailing, consistent with the ordinary business practice of my place of employment, so that it will be picked up on the below-mentioned date at Irvine, California, in the ordinary course of business.

( )   **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the office of the addressee(s) set forth in the attached service list. Executed on the below-mentioned date at Irvine, California.

( )   **(BY FACSIMILE)** On the below-mentioned date, I transmitted a true and correct copy of the foregoing document(s) by facsimile. Pursuant to rule 2009(i)(4), I caused the facsimile machine to print a record of the transmission.

(X)   **(BY ELECTRONIC SERVICE)** On the below-mentioned date, I electronically served a true and correct copy of the foregoing document(s) to the electronic service address(es) set forth in the attached service list. The transmission was reported complete and without error by my electronic mail service provider.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on February 10, 2022 at Irvine, California.

_____
ALEXIS BANFIELD, DECLARANT

3

PROOF OF SERVICE                                   EXHIBIT C - PAGE 56

**SERVICE LIST**
STATE OF CALIFORNIA, COUNTY OF ORANGE
*Topanga Jackson, et al. v. Home Depot U.S.A., Inc.*
*CASE NO. 30-2022-01241751-CU-OE-CXC*

| | |
|---|---|
| *Via Electronic Service* <br> Matthew M. Arnold, Esq. <br> Morgan, Lewis & Bockius LLP <br> 600 Anton Boulevard, Suite 1800 <br> Costa Mesa, CA 92626 <br> Email: *matthew.arnold@morganlewis.com*; <br> CC: *cindy.hachiya@morganlewis.com* | *Counsel for Defendant; Home Depot U.S.A., Inc.* |

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Jacob N. Whitehead (SBN 266123), Meghan N. Higday (SBN 334626) <br> FIRM NAME: SW Employment Law, APC <br> STREET ADDRESS: 7700 Irvine Center Drive, Suite 930 <br> CITY: Irvine   STATE: CA   ZIP CODE: 92618 <br> TELEPHONE NO.: (949)674-4922   FAX NO.: <br> E-MAIL ADDRESS: mhigday@swemploymentlaw.com <br> ATTORNEY FOR (Name): Plaintiff(s) Topanga Jackson, et al. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 751 W. Santa Ana Boulevard
MAILING ADDRESS: 751 W. Santa Ana Boulevard
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

Plaintiff/Petitioner: Topanga Jackson, et al.
Defendant/Respondent: Home Depot U.S.A., Inc., a Delaware corporation

| REQUEST FOR DISMISSAL | CASE NUMBER: 30-2022-01241751-CU-OE-CXC |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice   (2) [X] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                        on (date):
      (4) [ ] Cross-complaint filed by (name):                        on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other (specify):* Plaintiff, Bill Hammond without prejudice

2. (Complete in all cases except family law cases.)
   The court [ ] did [X] did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: February 10, 2022

Meghan N. Higday
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

*Meghan Higday* (SIGNATURE)

Attorney or party without attorney for:
[X] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross Complainant

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date: February 10, 2022

Meghan N. Higday
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

*Meghan Higday* (SIGNATURE)

Attorney or party without attorney for:
[X] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross Complainant

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

(To be completed by clerk)

4. [ ] Dismissal entered as requested on (date):
5. [ ] Dismissal entered on (date):                        as to only (name):
6. [ ] Dismissal **not entered** as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date):
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
        [ ] a copy to be conformed   [ ] means to return conformed copy

Date:                        Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.; Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

EXHIBIT C - PAGE 58

CIV-110

| | |
|---|---|
| Plaintiff/Petitioner: Topanga Jackson, et al.<br>Defendant/Respondent: Home Depot U.S.A., Inc., a Delaware corporation | CASE NUMBER:<br>30-2022-01241751-CU-OE-CXC |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one)*:   Yes   No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

_____    _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)    (SIGNATURE)

| | | |
|---|---|---|
| CIV-110 [Rev. January 1, 2013] | **REQUEST FOR DISMISSAL** | Page 2 of 2 |

EXHIBIT C - PAGE 59

| | |
|---|---|
| 1 | **SW EMPLOYMENT LAW, APC** |
| 2 | Jacob N. Whitehead, Esq. SBN 266123 |
|   | reception@jnwpc.com |
| 3 | Meghan N. Higday, Esq. SBN 334626 |
|   | mhigday@swemploymentlaw.com |
| 4 | 7700 Irvine Center Drive, Suite 930 |
|   | Irvine, CA  92618 |
| 5 | Tel. (949) 674-4922 |
| 6 | Attorneys for Plaintiffs |

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF ORANGE

TOPANGA JACKSON, an individual; CONNER WARD, an individual; MAUSA ZAMANI, an individual; DAVID STARK, an individual; ARTURO CONCHAS, an individual; ETHAN SHIN, an individual; DAMIAM ARTEAGA, an individual; LARRY SNIDER, an individual; WILLIAM MARKWOOD, an individual; CAMERON FORTUNE-MORTON, an individual; JOHN BAKER, an individual; CASEY HAROLD, an individual; HAYLEY KINGABY, an individual; ALEXIS PRADO, an individual; ADONIS FELIX, an individual; STEVEN WILLIAMSON, an individual; DALLAS HOVDE, an individual; CHANCE SMITH JR., an individual; LUPE RAMIREZ, an individual; JONATHAN MYERS, an individual; JOHN HOTTON, an individual; GILBERT GOMEZ, an individual; ALISSA CARREIRO, an individual; STACEY ELIAS, an individual; SARA GAVES, an individual; TEMPLE HUNG, an individual; SAVANNAH KOLB, an individual; STEVEN PEREZ, an individual; EVERETT SENA, an individual; IVY PETERSON, an individual; LUCY MUNTEANU, an individual; JASMINE PULLMAN, an individual; FELIPE AMAYA, an individual; SABRINA GORDON, an individual; ANNETTE ROMO, an individual; BRANDALYN KEKIC, an individual; RICHARD VASQUEZ, an individual; ENRIQUE DE LA RIVA, an individual; CODY HANSEN, an individual; DEVIN REYES, an individual; JOHN VAZQUEZ, an individual;

Case No.: 30-2022-01241751-CU-OE-CXC

*Assigned for all purposed to Honorable Judge Peter Wilson in Dept. CX-102*

**PROOF OF SERVICE**

---

1

| | |
|---|---|
| REINA PARTIDA, an individual; SEAN JOYNER, an individual; JAMES GODOY, an individual; GABRIELA BANUELOS, an individual; MIKE MAGDALENO, an individual; MARTIN HERNANDEZ, an individual; CLAUDIA ESQUIVEL, an individual; NATHAN BALLENGER, an individual; DONTE ROBY, an individual; JOHANNA APODACA, an individual; KATELYN USTACH, an individual; SYMIRIA HARRIS, an individual; FERNANDO CALDERON, an individual; BRANDON PARRA, an individual; CHRISTIAN MURPHY, an individual; JOSE CERVANTES, an individual; BILL HAMMOND, an individual;<br><br>    Plaintiffs,<br><br>  v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE
*Topanga Jackson, et al. v. Home Depot U.S.A., Inc.*
CASE NO. 30-2022-01241751-CU-OE-CXC

I am employed in the County of Orange, State of California. I am over the age of eighteen years and am not a party to the within action. My business address is **7700 Irvine Center Drive, Suite 930, Irvine, CA, 92618**.

On February 10, 2022, I served true copies of the following document(s): **REQUEST FOR DISMISSAL OF PLAINTIFF BILL HAMMOND** on the interested parties in this action, addressed as follows:

**-See Attached Service List-**

( )   **(BY U.S. MAIL)** I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings, and notices for mailing with the United States Postal Service. I placed a true copy of the above-mentioned document(s) in a sealed envelope to the addressee(s) set forth in the attached service list, with sufficient first-class postage thereon pre-paid. The foregoing sealed envelope was placed for collection and mailing, consistent with the ordinary business practice of my place of employment, so that it will be picked up on the below-mentioned date at Irvine, California, in the ordinary course of business.

( )   **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the office of the addressee(s) set forth in the attached service list. Executed on the below-mentioned date at Irvine, California.

( )   **(BY FACSIMILE)** On the below-mentioned date, I transmitted a true and correct copy of the foregoing document(s) by facsimile. Pursuant to rule 2009(i)(4), I caused the facsimile machine to print a record of the transmission.

(X)   **(BY ELECTRONIC SERVICE)** On the below-mentioned date, I electronically served a true and correct copy of the foregoing document(s) to the electronic service address(es) set forth in the attached service list. The transmission was reported complete and without error by my electronic mail service provider.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on February 10, 2022 at Irvine, California.

_____
ALEXIS BANFIELD, DECLARANT

3

PROOF OF SERVICE                    EXHIBIT C - PAGE 62

**SERVICE LIST**
STATE OF CALIFORNIA, COUNTY OF ORANGE
*Topanga Jackson, et al. v. Home Depot U.S.A., Inc.*
*CASE NO. 30-2022-01241751-CU-OE-CXC*

| *Via Electronic Service*<br>Matthew M. Arnold, Esq.<br>Morgan, Lewis & Bockius LLP<br>600 Anton Boulevard, Suite 1800<br>Costa Mesa, CA 92626<br>Email: *matthew.arnold@morganlewis.com*;<br>CC: *cindy.hachiya@morganlewis.com* | *Counsel for Defendant; Home Depot U.S.A., Inc.* |
|---|---|